# UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF CALIFORNIA
San Francisco Venue



## Request for Early Termination of Supervision

| | | |
|---|---|---|
| Name of Offender: | Kimberly A Tilton | Docket No.: CR 05-00302-01 EMC |
| Name of Sentencing Judge: | Edward M. Chen<br>United States Magistrate Judge | |
| Date of Original Sentence: | December 14, 2005 | |

Original Offense:
Count One: Operating a Vehicle Under the Influence of Alcohol, 36 C.F.R. § 1004.23(a)(1), a Class B misdemeanor

Original Sentence: 3 years probation
Special Conditions: Special assessment $10; fine $500; drug/alcohol assessment; no alcohol if treatment is deemed necessary; provide proof of responsibility to the California Department of Motor Vehicles.

Type of Supervision: Probation                   Date Supervision Commenced: December 14, 2005
Assistant U.S. Attorney: Michael Caves                      Defense Counsel: Ronald Tyler (AFPD)

### Petitioning the Court

Petitioning the Court to consider the offender for early termination of supervision.

### Cause

The above offender was sentenced on December 14, 2005, to 3 years probation. She was ordered to pay a $500 fine and a $10 special assessment, all of which have been paid in full. Her special conditions included a drug/alcohol assessment and treatment if deemed necessary. Ms. Tilton completed such an evaluation and further treatment was not recommended. Ms. Tilton has been compliant while on supervision and has followed all directives of her probation officer.

Ms. Tilton's criminal history consists solely of this conviction and it is this U.S. Probation Officer's position that the offender has learned a valuable lesson from this experience and will no longer benefit from being on supervision. Ms. Tilton is suitable for early termination based on her performance on supervision. Title U.S.C. 18 § 3564(c), permits the Court to terminate a term of probation previously ordered and discharge the offender at any time in the case of a misdemeanor,

Kimberly A Tilton  Page 2
CR 05-00302-01 EMC

if it is satisfied that such action is warranted by the conduct of an offender and is in the interest of justice.

The Assistant U.S. Attorney has been notified and there are no objections.

Address of offender: 1708 Brooks Street, Apt. A
San Francisco, CA 94129

Respectfully submitted,  Reviewed by:


Jennifer Hutchings  Sharon K. Alberts
U.S. Probation Officer  Supervisory U.S. Probation Officer

Date Signed: September 26, 2006

THE COURT ORDERS:
☒ Early termination of supervision granted
☐ Early termination of supervision denied
☐ Other:

_10/17/06_
Date

Edward M. Chen
United States Magistrate Judge